108 A.3d 1

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. LIXANDRA HERNANDEZ AND JOSE G. SANCHEZ, DEFENDANTS–RESPONDENTS.

February 12, 2015.

It is ORDERED that the motion for leave to appeal is granted.